## United States District Court
## Violation Notice

CVB Location Code: **CA - 76**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6809727 | P. Prine | 1006 |

6809727

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 2·10·19  2250 | 36 CFR 2.30(a)(1) |

Place of Offense
Vending Machine at Village store

Offense Description: Factual Basis for Charge    HAZMAT ☐
Misappropriation
unlawful possession of
another's property

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| HEMMANN | STEVEN | W |

Street Address

| Tag No. | State | Year | Make/Model — PASS ☐ | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

| | |
|---|---|
| $ | Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT → $ | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

_____ my personal observation _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident