## United States District Court Violation Notice

CVB Location Code: CA-76

Violation Number: 6809728

Officer Name (Print): P. Prior

Officer No.: 1006

6809728

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 2·10·19

Offense Charged: ☑ CFR ☐ USC ☐ State Code
36 CFR 2.31 (a)(3)

Place of Offense: Vending Machine at Village Store

Offense Description: Factual Basis for Charge    HAZMAT ☐

Damaging property

### DEFENDANT INFORMATION

Last Name: HEMMANN    First Name: STEVEN    M.I.: W

Street Address: ▮▮▮▮▮▮▮▮▮▮▮

Tag No. | State | Year | Make/Model | PASS ☐ | Color

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date (mm/dd/yyyy): _____

Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN 07/03/2019 8:21

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

_____ my personal observation    _____ my personal investigation

_____ information supplied to me from my fellow officer's observation

_____ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/03/2019 8:21