| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | STEVEN HEMMANN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00244-JDP |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND MOTION SCHEDULE; ORDER |
| vs. | |
| STEVEN HEMMANN, | |
| Defendant. | |

The parties, by and through their respective counsel, Susan St. Vincent, counsel for the United States, and Benjamin Gerson, counsel for the Defendant, hereby stipulate and agree to extend the present motion schedule.

On January 28, 2020, the Honorable Jeremy Peterson set a motion schedule as follows: defense motions by February 12, 2020; government reply by February 26, 2020; sur-reply by March 4, 2020, and argument on March 23, 2020.

The parties are actively working towards a disposition, and therefore stipulate to one additional week before commencing the motion schedule, with an argument date set at the court's convenience.

///

///

///

Respectfully submitted,

|   |   |   |   |
|---|---|---|---|
| | | | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: February 13, 2020 | | By: | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite National Park Legal Officer<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 13, 2020 | | By: | */s/ Benjamin Gerson*<br>Benjamin Gerson<br>Assistant Federal Defender<br>Attorney for Defendant<br>Steven Hemmann |

# ORDER

It is hereby ordered that the parties file motions on the following amended schedule: defense motion by February 19, 2020; government reply by March 4, 2020; sur-reply by March 18, 2020. Argument to be set for April 1, 2020 at 10 a.m.

IT IS SO ORDERED.

Dated: __February 13, 2020__

_____
UNITED STATES MAGISTRATE JUDGE