1  Susan St. Vincent
   Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 372-0241
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Docket Number  6:19-po-00244-JDP

12                    Plaintiff,

13          v.                             **MOTION TO DISMISS COUNT 2; AND
                                           [PROPOSED] ORDER THEREON**
14

15   STEVEN HEMMANN,

16                    Defendant.

17

18          Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19   endorsed hereon, the United States hereby moves the Court for an order of dismissal of Count 2

20   without prejudice and in the interest of justice. The Government does not believe it has sufficient

21   evidence at this time to prove Count 2 (Destroy, injure, deface, or damage property or real

22   property in violation of Tile 36, C.F.R. 2.31(a)(3)) beyond a reasonable doubt.

23          .

24

25          Dated:  March 5, 2020               /S/ Susan St. Vincent_____
                                                Susan St. Vincent
26                                              Legal Officer
                                                Yosemite National Park
27

28

1

## **ORDER**

2

3    Upon application of the United States, and good cause having been shown therefor, IT IS

4  HEREBY ORDERED that Count 2 (Destroy, injure, deface, or damage property or real property

5  in violation of Tile 36, C.F.R. 2.31(a)(3)) in the above referenced matter, *United States v.*

   *Hemmann* 6:19-po-00244-JDP, be dismissed, without prejudice, in the interest of justice.
6

7

8  IT IS SO ORDERED.

9

       Dated: _____              _____
10

                                             Jeremy D. Peterson
11                                            United States Magistrate Judge
                                             Eastern District of California
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28