| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer<br>NATIONAL PARK SERVICE |
| 3 | Legal Office<br>P.O. Box 517 |
| 4 | Yosemite, California 95389<br>Telephone: (209) 372-0241 |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HEMMANN,<br><br>　　　　　Defendant. | Docket Number 6:19-po-00244-JDP<br><br>**MOTION TO DISMISS COUNT 2; AND ORDER THEREON** |

　　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of Count 2 without prejudice and in the interest of justice. The Government does not believe it has sufficient evidence at this time to prove Count 2 (Destroy, injure, deface, or damage property or real property in violation of Tile 36, C.F.R. 2.31(a)(3)) beyond a reasonable doubt.

　　.

　　Dated: March 5, 2020　　　　　　　　　/S/ Susan St. Vincent_____
　　　　　　　　　　　　　　　　　　　　　Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　Legal Officer
　　　　　　　　　　　　　　　　　　　　　Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefore, it is hereby ordered that count 2 (Destroy, injure, deface, or damage property or real property in violation of Tile 36, C.F.R. 2.31(a)(3)) in the above referenced matter, *United States v. Hemmann* 6:19-po-00244-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: March 5, 2020           _____
                              UNITED STATES MAGISTRATE JUDGE