Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN W. HEMMANN,<br><br>Defendant. | No. 6:19-po-244-JDP<br><br>STIPULATION TO VACATE MOTION HEARING AND CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Steven W. Hemmann, by and through his attorney of record, Benjamin A. Gerson, that the motion hearing set for April 1, 2020 in the above-captioned matter be vacated and reset for a status conference on May 5, 2020 at 10:00 a.m. The government filed a motion to dismiss Count 2: Destroy, injure, deface, or damage property or real property in violation of Title 36 C.F.R. § 2.31(a)(3) on February 19, 2020 and the Defense motion is moot.

Dated: March 31, 2020        /S/ Susan St. Vincent
                                                Susan St. Vincent
                                                Legal Officer
                                                Yosemite National Park

Dated: March 31, 2020        /S/
                                                Benjamin A. Gerson
                                                Attorney for Defendant
                                                Steven W. Hemmann

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the April 1, 2020 motion hearing for Steven W. Hemmann, Case 6:19-po-244-JDP, is vacated, and reset to a status conference on May 5, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 1, 2020                                             _____
                                                                              UNITED STATES MAGISTRATE JUDGE