1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA 93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
STEVEN HEMMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:19-po-00244 JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE REVIEW HEARING; [PROPOSED] ORDER** |
| vs. | |
| STEVEN HEMMAN | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Steven Hemman, hereby stipulate and jointly move this court to advance the status conference scheduled for January 28, 2021, from 2:00 p.m. to 10:00 a.m. the same day. The government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  January 6, 2021         */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  January 6, 2021         HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
STEVEN HEMMAN

**O R D E R**

**GOOD CAUSE APPEARING**, the status conference scheduled for January 28, 2021 is moved to 10:00 a.m.

Dated:  January 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE