Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN W. HEMMANN,<br><br>Defendant. | Case No: 6:19-po-00244-JDP<br><br>**MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:19-po-00244-JDP*, without prejudice and in the interest of justice.

                                                                              Respectfully submitted,

                                                                              PHILLIP A. TALBERT
                                                                              United States Attorney

Dated:  June 10, 2021                              */S/ Sean O. Anderson*
                                                                              SEAN O. ANDERSON
                                                                              Legal Officer
                                                                              Yosemite National Park

## **ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Hemmann*, case no. 6:19-po-00244-JDP is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: June 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE